UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER R. FRANCO, ) ) Plaintiff, ) ) vs. ) ) JIM BENEDETTI, *et al.*, ) ) Defendants. ) | 3: 09-cv-0430-LRH-RAM  **ORDER** |

Plaintiff's civil rights complaint pursuant to 42 U.S.C. § 1983 was received by this court on August 6, 2009. (Docket #1.) On May 21, 2010, plaintiff filed a motion for voluntary dismissal of this action. (Docket #6.) Plaintiff seeks a dismissal without prejudice and also seeks to have the unpaid portion of his filing fees waived. *Id.* The court will grant plaintiff's request for dismissal of this action without prejudice, but pursuant to the order of August 25, 2009, plaintiff will be required to pay the filing fee in full.

**IT IS THEREFORE ORDERED** that plaintiff's motion for voluntary dismissal of this action is **GRANTED**. (Docket #6.) This action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that plaintiff's request for waiver of the remaining filing fees in this action is **DENIED.**

**IT IS FURTHER ORDERED** that all remaining pending motions are **DENIED** as moot.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close this case.

DATED this 14th day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE